UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KEVIN LEPAUL BECK, *et al.*, § | |
| § | |
| V. § | CASE NO. 1:14-CV-174 |
| § | |
| § | |
| ISC CONSTRUCTORS, LLC § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation on the defendant's pending motion to dismiss and/or quash summons. On January 30, 2015, Judge Giblin issued his report in which he recommended that the Court deny the motion. No party has filed objections to the report. *See* FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b). After consideration, the Court concludes that the magistrate judge's recommendation should be adopted.

Therefore, the Court **ORDERS** that the Report and Recommendation [Doc. #8] is **ADOPTED**. Based on Judge Giblin's recommended disposition, the Court **ORDERS** that defendant ISC Constructors, LLC's Motion to Dismiss and/or Quash Summons [Doc. #3] is **DENIED**.

So **ORDERED** and **SIGNED** this **4** day of **March, 2015.**

_____
Ron Clark, United States District Judge